IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON
NOV 1 7 2017
PER _____
DEPUTY CLERK

ROBERT PASSALACQUA,

    Plaintiff,

v.

ALAN P. GILLICK, M.D.
GEISINGER-COMMUNITY MEDICAL
CENTER, and ALLIED SERVICES
REHABILITATION HOSPITAL,

    Defendants.

3:14-CV-1609
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 17th DAY OF NOVEMBER, 2017, upon receipt of the Stipulation of Dismissal signed by counsel for all parties (Doc. 129), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED**. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge